SHINNECOCK HILLS AND PECONIC BAY REALTY COMPANY, Appellant, *v.* FRANK E. ALDRICH et al., Respondents.

*Shinnecock Hills & P. Bay R. Co.* v. *Aldrich*, 132 App. Div. 118, affirmed.

(Argued November 28, 1910; decided December 13, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 6, 1909, affirming a judgment in favor of defendants entered upon a verdict directed by the court and an order denying a motion for a new trial in an action for trespass.

*J. Edward Swanstrom* and *Conrad S. Keyes* for appellant.

*Timothy M. Griffing* and *Thomas Young* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.

---

CATHRYNE STACK, Respondent, *v.* THE VILLAGE OF PHELPS, Appellant.

*Stack* v. *Village of Phelps*, 134 App. Div. 908, affirmed.

(Argued November 28, 1910; decided December 13, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 12, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Frank Rice* for appellant.

*W. Smith O'Brien* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.